THEODORE LORENC, PLAINTIFF-PETITIONER, v. CHEMI-RAD CORPORATION, DEFENDANT-RESPONDENT.

*Mr. Archie Elkins* and *Mr. Bernard Chazen* for the petitioner.

*Messrs. Zucker & Brach* for the respondent.

September 19, 1961.   Granted.

HUGH GAMBARO, PLAINTIFF-PETITIONER, v. ACME HOLD-ING CO., DEFENDANT-RESPONDENT.

*Messrs. David and Albert L. Cohn, Mr. Murray R. Miller* and *Mr. Daniel Crystal* for the petitioner.

*Messrs. Stalter, Doan & De Yoe* and *Mr. Aaron Dines* for the respondent.

September 19, 1961.   Denied.